JACK ROSENBERG et al. v. WILLIAM I. NATHAN.— Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

ETHEL HARPER et al. v. THE SOCIETY FOR THE RELIEF OF THE DESTITUTE BLIND OF THE CITY OF NEW YORK AND ITS VICINITY.— Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

MARY O'CONNOR v. NATHAN SCHLUSSEL et al.— Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

MAX MISHKIN v. SAMUEL SILVERSTEIN et al., Impleaded with Others.— Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

GERTRUDE STERNFELD, on Behalf of Herself and All Other Common Stockholders of the Toxaway Tanning Company v. TOXAWAY TANNING COMPANY et al., Impleaded with Others.— Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

LURLEEN JACKSON v. EDWARD E. JACKSON.— Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

(December 18, 1942.)

JOHN W. M. MACKAY et al., by IRVING ZION, Their Guardian ad Litem, et al., Appellants, v. FRANK L. POLK, as Trustee, et al., Respondents, Impleaded with Others.— No opinion. Present — Martin, P. J., Untermyer, Cohn and Callahan, JJ.

JOHN W. M. MACKAY et al., by IRVING ZION, Their Guardian ad Litem, et al., Appellants, v. FRANK L. POLK, as Trustee, et al., Respondents, Impleaded with Others.— No opinion. Present — Martin, P. J., Untermyer, Cohn and Callahan, JJ.

PHILIP WEINTRAUB, Doing Business Under the Name of ACCURATE MILLINERY COMPANY, Respondent, v. NEW YORK MATCH CO., INC., Appellant.— Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

PHILIPP G. GILLIG, Appellant, v. SYLVAN L. FROELICH et al., Respondents.— No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

LEOPOLD MANNABERG, Appellant, v. ELY CULBERTSON et al., Respondents, Impleaded with Others.— No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.; Cohn and Callahan, JJ., dissent and vote to reverse and grant the motion.